**2010–1012.   State v. Jones.**
Wood App. No. WD–09–011, 2010-Ohio-1600. On motion for leave to file delayed appeal. Motion

granted.

O'CONNOR, J., dissents.